ANDREA T. MARTINEZ, United States Attorney (#9313)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682
Email: stephen.nelson@usdoj.gov

FILED
2022 APR 26 AM 9:18
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLTON POORE,<br><br>Defendant. | Case No.<br><br>FELONY INFORMATION<br><br>VIOLATION:<br><br>Count 1: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |

The United States Attorney charges:

Case: 2:22−cr−00149
Assigned To : Stewart, Ted
Assign. Date : 4/26/2022
Description: USA v Poore

**COUNT 1**
**18 U.S.C. § 922(g)(1)**
**(Felon in Possession of a Firearm)**

On or about March 24, 2022, in the District of Utah,

**COLTON POORE,**

defendant herein, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: one Smith & Wesson 9mm handgun, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for violating 18 U.S.C. § 922(g)(1), the defendant COLTON POORE shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to,

-   A Smith & Wesson 9mm handgun.

ANDREA T. MARTINEZ
United States Attorney

/s/ *Stephen L. Nelson*

STEPHEN L. NELSON
Assistant United States Attorneys

2